# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERTA LINDENBAUM, individually and on behalf of all others similarly situated, | CASE NO. 1:21-CV-691-PAG |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| THE STANDARD FIRE INSURANCE COMPANY, | |
| Defendant. | |

So Ordered.
/s/ Patricia A. Gaughan
10/19/21

Plaintiff, Roberta Lindenbaum, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: October 19, 2021

Respectfully submitted,

/s/      Adam T. Savett
**SAVETT LAW OFFICES LLC**
Adam T. Savett
adam@savettlaw.com
2764 Carole Lane
Allentown PA 18104
Tel: 610-621-4550
Fax: 610-978-2970

**DAPEER LAW, P.A.**
Rachel Dapeer
rachel@dapeer.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Tel: 305-610-5223